IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 07 C 0485 |
| BARCLAY PULLMAN CORPORATION, an Illinois corporation, | ) ) ) | JUDGE MARVIN E. ASPEN |
| Defendant. | ) ) | |

**MOTION FOR ENTRY OF DEFAULT, JUDGMENT AND FOR AN ORDER
DIRECTING DEFENDANT TO TURN OVER
MONTHLY FRINGE BENEFIT CONTRIBUTION REPORTS**

NOW COME Plaintiffs, Plaintiffs, by their attorneys, and move for entry of default and judgment against Defendant, BARCLAY PULLMAN CORPORATION, an Illinois corporation, in the total amount of $8,166.84, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $513.75. Further, Plaintiffs move for entry of an order directing Defendant herein, to turn over monthly fringe benefit contribution reports due for the months of January 2007 and February 2007, pursuant to the Agreements and Declarations of Trust to which Defendant is bound, said Defendant having failed to answer or otherwise plead to the Complaint and the monthly contribution reports being required in order to fully liquidate Plaintiffs' claims.

On February 19, 2007, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Stephinie Cox) at the corporation's business address (a copy of the Summons and Affidavit of Service is attached hereto). Therefore,

Defendant's answer was due on March 12, 2007. As Defendant has failed to timely answer the

Complaint, Plaintiffs respectfully request entry of default and judgment.


                /s/ Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer  
Attorney for Plaintiffs  
BAUM SIGMAN AUERBACH & NEUMAN, LTD.  
200 West Adams Street, Suite 2200  
Chicago, IL 60606-5231  
Bar No.: 6237001  
Telephone: (312) 236-4316  
Facsimile: (312) 236-0241  
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Barclay\motion for default.jdg.df.wpd

# CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default, Judgment and for an Order Directing Defendant to Turn Over Monthly Fringe Benefit Contribution Reports) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 29th day of March 2007:

        Mr. Charles F. Huntley, Registered Agent
        Barclay Pullman Corporation
        123 S. 7th
        Springfield, IL   62701

        Mr. Chris A. Abbott, President
        Barclay Pullman Corporation
        12S670 Hill Road
        Lemont, IL   60439


        /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Barclay\motion for default.jdg.df.wpd